*Exhibit A*

*Bankruptcy Case: 19-12263-CSS Northstar Healthcare Acquisitions, LLC*
*Transfer Date Range: 07-23-2019 through 10-20-2019*

**PAYEE**  **BERKELEY RESEARCH GROUP, LLC**
2200 POWELL STREET, SUITE 1200
EMERYVILLE

**TRANSFERS:**

| Payment # | Payment Date | Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount | Amount Paid |
|---|---|---|---|---|---|---|---|
| WIRE 07232019. | 07/24/2019 | 07/23/2019 | $ 88,584.75 | 81550 | 06/25/2019 | $ 88,584.75 | $ 88,584.75 |
| WIRE 08/05/2019 | 08/05/2019 | 08/01/2019 | 86,208.75 | 82307 | 07/15/2019 | 86,208.75 | 86,208.75 |
| WIRE 08/29/2019 NHA | 08/29/2019 | 08/29/2019 | 100,026.90 | 83518 | 08/12/2019 | 100,026.90 | 100,026.90 |
| WIRE 09/20/2019 | 09/20/2019 | 09/20/2019 | 36,549.00 | 85248 | 09/17/2019 | 36,549.00 | 36,549.00 |
| **TOTAL** | | | **$ 311,369.40** | | | | |