UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: NOBILIS HEALTH CORP., *et al.* <br> Debtor. <br><br> Alfred T. Giuliano, Chapter 7 Trustee for the Bankruptcy Estate of Nobilis Health Corp. *et al.*, <br><br> Plaintiff <br> v. <br><br> Berkeley Research Group, LLC, <br><br> Defendant. | Case No.: 19-12264 (CSS) <br> Jointly Administered <br><br> Chapter 7 <br><br><br><br> Adv. Proc. No.: 21-51186 |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:
  824 Market Street, 3rd Floor
  Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

  Damien Nicholas Tancredi, Esquire
  Flaster/Greenberg P.C.
  1007 North Orange Street, Suite 400
  Wilmington, DE 19801

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

Address:
  824 Market Street
  Room: 5th Floor Courtroom #6
  Wilmington, DE 19801
  Date and Time: December, 8, 2021 at 10:00 a.m.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy**
**Court for the District**
**of Delaware**                         /s/ David D. Bird
                                        *Clerk of the Bankruptcy Court*

Date: November 4, 2021

8591259 v1