Case No. 19-12264 (CSS)                      Adv. No. 21-51186 (CSS)

# CERTIFICATE OF SERVICE

I, <u>Jennifer Vagnozzi</u>, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made <u>November 4, 2021</u> by:

**X**    Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| |
|---|
| Berkeley Research Group, LLC<br>Attn: Officer, Managing or General Agent,<br>or any other agent authorized by appointment or<br>by law to receive service of process<br>2200 Powell Street, Suite 1200<br>Emeryville, CA 94608 |

☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐    Residence Service: By leaving the process with the following adult at:

☐    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐    Publication: The defendant was served as follows: [Describe briefly]

☐    State Law: The defendant was served pursuant to the laws of the State of _____,
       as follows: [Describe briefly]                                               (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

<u>November 4, 2021</u>                        <u>*/s/ Jennifer Vagnozzi*</u>
Date                                                Signature

| | |
|---|---|
| Print Name: | Jennifer Vagnozzi, Paralegal |
| Business Address: | Flaster/Greenberg P.C |
| | 1835 Market Street, Suite 1050 |
| City: | Philadelphia, PA 19103 |

8591259 v1