UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: NOBILIS HEALTH CORP., *et al.* <br> Debtor. <br><br> Alfred T. Giuliano, Chapter 7 Trustee for the Bankruptcy Estate of Nobilis Health Corp. *et al.*, <br><br> Plaintiff <br> v. <br><br> Berkeley Research Group, LLC, <br><br> Defendant. | Case No.: 19-12264 (CSS) <br> Jointly Administered <br><br> Chapter 7 <br><br><br><br> Adv. Proc. No.: 21-51186 |

## AMENDED SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:
>824 Market Street, 3rd Floor
>Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
>Damien Nicholas Tancredi, Esquire
>Flaster/Greenberg P.C.
>1007 North Orange Street, Suite 400
>Wilmington, DE 19801

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

Address:
>824 Market Street
>Room: 5th Floor Courtroom #6
>Wilmington, DE 19801
>Date and Time: December, 8, 2021 at 10:00 a.m.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
Court for the District
of Delaware**

>/s/ Una O'Boyle
>*Clerk of the Bankruptcy Court*

Date: November 5, 2021

8591259 v1

Case No. 19-12264 (CSS)                          Adv. No. 21-51186 (CSS)

## CERTIFICATE OF SERVICE

I, <u>Jennifer Vagnozzi</u>, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made <u>November 5, 2021</u> by:

**X**    Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| |
|---|
| Berkeley Research Group, LLC<br>Attn: Officer, Managing or General Agent,<br>or any other agent authorized by appointment or<br>by law to receive service of process<br>2200 Powell Street, Suite 1200<br>Emeryville, CA 94608 |

☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐    Residence Service: By leaving the process with the following adult at:

☐    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐    Publication: The defendant was served as follows: [Describe briefly]

☐    State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]                                                                    (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

<u>November 5, 2021</u>                       <u>*/s/ Jennifer Vagnozzi*</u>
Date                                                 Signature

| | |
|---|---|
| Print Name: | Jennifer Vagnozzi, Paralegal |
| Business Address: | Flaster/Greenberg P.C |
| | 1835 Market Street, Suite 1050 |
| City: | Philadelphia, PA 19103 |

8591259 v1