# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **Nobilis Health Corp., et al** | ) | **Case No. 19-12264 (CTG)** |
| | ) | |
| | ) | |
| | ) | |
| Debtors. | | |

## ORDER OF REASSIGNMENT OF JUDGE

**AND NOW, this 25th** day of February 2022, **it is hereby ORDERED** that the above Chapter 7 case (and all associated cases including adversary) is **TRANSFERRED** to the **Honorable Craig T. Goldblatt** for all further proceedings and dispositions.[1]

Laurie Selber Silverstein
Chief Judge

---

[1] When filing papers, please include the initials of the Judge assigned to the case.